UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

CHARLES D. AIRY,

    Petitioner,

vs.

KATHLEEN L. DICKINSON, Warden,

    Respondent.

                                   /

No. C 11-1007 PJH (PR)

**ORDER EXTENDING TIME**

Petitioner's request for an extension of time to file a traverse (document number 13 on the docket) is **GRANTED**. The time for petitioner to file his traverse is **EXTENDED** to a date thirty days from the date this order is entered.

**IT IS SO ORDERED.**

Dated: March 16, 2012.

                                        PHYLLIS J. HAMILTON
                                        United States District Judge

G:\PRO-SE\PJH\HC.11\AIRY1007.EOT-trvs.wpd