UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

CHARLES D. AIRY,

        Petitioner,                        No. C 11-1007 PJH (PR)

  vs.                                      **ORDER EXTENDING TIME**

KATHLEEN L. DICKINSON, Warden,

        Respondent.
                                 /

     Petitioner's request for an extension of time to file a traverse (document number 13 on the docket) is **GRANTED**. The time for petitioner to file his traverse is **EXTENDED** to a date thirty days from the date this order is entered.

**IT IS SO ORDERED.**

Dated: March 16, 2012.

                                      PHYLLIS J. HAMILTON
                                      United States District Judge

G:\PRO-SE\PJH\HC.11\AIRY1007.EOT-trvs.wpd